IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Adamski, Judy A

Printed: 6/3/08

Case Number: 06 B 04396
Judge: Squires, John H
Filed: 4/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 23, 2008
Confirmed: June 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,200.00 |  |
| Secured: |  | 5,689.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,141.28 |
| Trustee Fee: |  | 368.81 |
| Other Funds: |  | 0.00 |
| Totals: | 7,200.00 | 7,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,832.00 | 1,141.28 |
| 2. | Credit Acceptance Corp | Secured | 14,763.26 | 5,689.91 |
| 3. | Chase Home Finance | Secured | 11,969.43 | 0.00 |
| 4. | Jefferson Capital | Unsecured | 114.32 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 52.47 | 0.00 |
| 6. | Citibank Mortgage, Inc | Unsecured | | No Claim Filed |
| 7. | Artic Heating | Unsecured | | No Claim Filed |
| 8. | Fifth Third Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,731.48 | $ 6,831.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 22.12 |
| 5% | 74.89 |
| 4.8% | 115.20 |
| 5.4% | 156.60 |
| | _____ |
| | $ 368.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Adamski, Judy A

Printed: 6/3/08

Case Number:  06 B 04396
Judge: Squires, John H
Filed: 4/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

